IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:16-CR-50015-001

AMBER NICOLE EVANS     DEFENDANT

### ORDER

On October 13, 2016, the Defendant, Ms. Amber Nicole Evans, was sentenced to six months' imprisonment and three years of supervised release. Initially, Ms. Evans struggled to remain compliant with the conditions of her supervised release. She committed violations in 2017 and 2018 and was required to appear for a hearing regarding the revocation of her supervised release on August 29, 2018. The Court took the violations under advisement at that time and ultimately dismissed them on February 7, 2019.

Then on April 10, 2019, the probation officer again filed a violation report with the Court, alleging that Ms. Evans committed the following violations: drug use, association with a felon, failure to maintain employment, failure to appear for treatment, and providing false information to the probation officer. (Doc. 215). A revocation hearing was held on May 28, 2019, at which time the Court took Ms. Evans's violations under advisement and required that she appear for periodic review hearings. Ms. Evans appeared as required for status hearings on September 12, 2019 and January 10, 2020, and the probation officer reported that though Ms. Evans faced many challenges, she continued to be substantively compliant with the conditions of her supervised release and to receive treatment for mental health issues and report for required drug testing.

Ms. Evans is scheduled to appear for a final status hearing on April 24, 2020. The probation officer reports that Ms. Evans continues to make steps in the right direction and has been working with the probation office and family members to start preparing for life beyond supervised release. Ms. Evans is working on obtaining social security disability, part-time work, and a place to live independently. She also continues to work on her mental health and substance abuse issues through out-patient dual diagnosis treatment and has committed to continuing to participate in treatment and maintaining medications when supervision has ended. The probation officer states that Ms. Evans has worked hard to be in compliance with the conditions of her supervised release, despite many challenging circumstances. The Court also notes that Ms. Evans has paid in full the financial obligations that were imposed as part of her sentence.

In light of Ms. Evans's hard work and compliance with the conditions of supervised release, **IT IS HEREBY ORDERED** as follows: The pending violations contained in the Petition at Doc. 215 are **DISMISSED**. The status hearing scheduled for April 24, 2020 is **TERMINATED**. As long as Ms. Evans remains in compliance with the conditions of supervised release for the remainder of the term, Ms. Evans's term of supervised release will be deemed **EXPIRED** as scheduled on May 2, 2020.

IT IS SO ORDERED this 17th day of April, 2020.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE